IN THE UNTED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WALTER WESTMORELAND, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. A. NO. 23-396-KD-MU |
| | ) | |
| LEONARD WITT and | ) | |
| JOHN KUHLMEYER. | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendants' motions to dismiss (Docs 6 and 8) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.

**DONE** this 27th day of March 2024.

_s/ Kristi K. DuBose
UNITED STATES DISTRICT JUDGE