IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WALTER WESTMORELAND, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  CIV. A. NO. 23-396-KD-MU |
| | ) |
| LEONARD WITT and | ) |
| JOHN KUHLMEYER, | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**DONE** this 27th day of March 2024.


s/ Kristi K. DuBose
UNITED STATES DISTRICT JUDGE

3